**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 29, 2013**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00555-CV

---

**MARK DAVID MEIER, Appellant**

**V.**

**LISA MEIER, Appellee**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-15078**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 5, 2013.  On October 23, 2013, appellant filed an unopposed motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby and Wise.